| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233 |
| | kjacoby@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East, 5th Floor |
| 3 | Los Angeles, CA  90067.3107 |
| | Telephone:  310.553.0308 |
| 4 | Facsimile:   310.553.5583 |
| 5 | CARLOS JIMENEZ, Bar No. 227534 |
| | cajimenez@littler.com |
| 6 | LITTLER MENDELSON, P.C. |
| | 633 West 5th Street, 63rd Floor |
| 7 | Los Angeles, CA  90071 |
| | Telephone:  213.443.4300 |
| 8 | Facsimile:   213.443.4299 |
| 9 | MIREYA LLAURADO, Bar No. 194882 |
| | mallaurado@fedex.com |
| 10 | FEDEX FREIGHT, INC. |
| | 3425 Victor Street, |
| 11 | Santa Clara, CA  95054 |
| | Telephone: 408.654.3186 |
| 12 | Facsimile: 408.654.3297 |
| 13 | Attorneys for Defendant |
| | FEDEX FREIGHT, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE CHAVEZ and VINCENT DELGADO,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX FREIGHT, INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.  EDCV12-02271-TJH (OPx)<br><br>**ORDER UPON STIPULATION RE DISMISSAL WITH PREJUDICE [JS-6]** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Having read and considered the Stipulation of Plaintiffs Eugene Chavez and Vincent Delgado (collectively "Plaintiffs"), and Defendant FedEx Freight, Inc. ("Defendant") (Plaintiffs and Defendant hereinafter are collectively referred to as the "Parties"), and good cause appearing, the Court hereby orders as follows:

All outstanding dates are vacated;

The instant action is **dismissed with prejudice**; and

The Parties shall bear their own fees and costs in connection with the proceedings before this Court.

**IT IS SO ORDER.**

DATED: Feb. 5, 2014_____
_____

Hon. Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE

Firmwide:124506556.1 057116.1013

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308